UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-217 AG (ANx) | Date | March 12, 2010 |
|---|---|---|---|
| Title | HICKEY, et al. v. RECONTRUST CO., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Nancy Boehme | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**     [IN CHAMBERS] ORDER DISMISSING CASE WITHOUT PREJUDICE

On February 25, 2010, this Court issued an order regarding pretrial matters ("February 25 Order"). The Court ordered Plaintiff, within 14 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The February 25 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(February 25 Order at 1-2.)

Plaintiff has not filed the declaration required by the February 25 Order. Accordingly, this case is DISMISSED without prejudice.

     :   0

Initials of Preparer    nkb